UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY PARKER,

　　　　　　　　Plaintiffs,

　　　　v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

　　　　　　　　Defendants.

Case No. 18-cv-07495-SI (SI)

**PRETRIAL PREPARATION ORDER
(CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 4, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:　April 30, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 1, 2019.

DESIGNATION OF EXPERTS: January 31, 2020; REBUTTAL: February 14, 2020;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 6, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 15, 2019;
　　　Opp. Due: December 2, 2019; Reply Due: December 9, 2019;
　　　and set for hearing no later than December 20, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 28, 2020 at 3:30 PM.

JURY TRIAL DATE: May 11, 2020 at 8:30 AM.
　　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have a private mediation session scheduled to occur on 5/2/19, before Mirian Zadeh.

1   The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
2   of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
3   Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
    action.

4          **IT IS SO ORDERED**.

5

6   Dated:   3/28/19

7                                                          _____
                                                           SUSAN ILLSTON
8                                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California