Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PARKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 18-cv-07495-SI<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Judge: Hon. Susan Illston<br><br>Complaint Filed: October 29, 2018 |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff JEREMY PARKER and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

　　　　The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

　　　　The Parties seek the Court's approval of the dismissal of the action with prejudice.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **IT IS SO STIPULATED**. |
| 2 | Dated: May 15, 2019 |

**IT IS SO STIPULATED**.

Dated: May 15, 2019

Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRASLAW

By:    */s/ Phillip S. Bather*
     Phillip S. Bather
     Attorneys for Plaintiff
     JEREMY PARKER

Dated: May 15, 2019

Nicole Y. Blohm
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By:    */s/ Kristin Kyle de Bautista*
     Kristin Kyle de Bautista
     Attorneys for Defendant
     LIFE INSURANCE COMPANY OF
     NORTH AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**<u>ORDER</u>**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 18-cv-07495-SI, is dismissed in its entirety as to all defendants, with prejudice.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

169780.1

2

Case No. 18-cv-07495-SI
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER
THEREON

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: 5/16/19

Hon. Susan Illston
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

169780.1

3

Case No. 18-cv-07495-SI
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER
THEREON